Cause NO. 2015CR3173

THE STATE OF TEXAS

VS.

Rene Guerrero

FILED IN
4th COURT OF APPEALS
IN THE DISTRICT COURT SAN ANTONIO, TEXAS
7/2/2015 9:23:45 AM
144 JUDICIAL DISTRICT
KEITH E. HOTTLE
Clerk
BEXAR COUNTY, TEXAS

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Rene Guerrero, Defendant in the above styled and numbered cause, on this the 22 day of May, 2015, and within thirty (30) days of sentencing having been imposed against Defendant on the 16 day of June, 2015, in said cause, and files this written notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

Rene Guerrero

_____                    _____

Attorney for Defendant                          Defendant

CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2015CR3173

| THE STATE OF TEXAS | IN THE 144TH DISTRICT COURT |
| --- | --- |
| VS | OF |
| RENE GUERRERO | BEXAR COUNTY, TEXAS |

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 06-22-2015_____

3. The Honorable LORINA RUMMEL_____presided at the trial____.

4. The above named defendant was convicted_____ of the offense(s) of BURG VEHICLE-3RD OR MORE_____

as a (Repeater)XXXXXXXXX.

5. State's appeal attorney: NICHOLAS LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413 SBN: 24030360_____

6. Trial_____ Attorney(s): MICHAEL S CALLAHAN_____

XXXXXXXX Appointed) Appeals attorney:MICHAEL L YOUNG_____
Address & Phone No: 101 W NUEVA 370 PAUL ELIZONDO TOWER SAN ANTONIO, TX, 78205-3406 (210)335-0711_____ SBN: 794895

Defendant Pro-Se__ Yes X No
7. The trial held was:___Trial before the Court          ___Jury trial on guilt only
___Jury trial on punishment only          ___Jury trial guilt and punishment
_X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
___Pretrial motion heard prior to plea          ___Open/non negotiated plea of guilty/nolo contendere
___Motion to enter adjudication of guilt          ___Motion to revoke community supervision
___Other_____

8. The sentence was (imposed ) on:05-22-2015 for a period of:yrs:002 mths:00
and a fine of $_____

9. Defendant is presently in:___ BCADC X TDCJID. Defendant is on ___** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: KAY GITTINGER_____
300 DOLOROSA, SAN ANTONIO, TEXAS 78205_____

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
& cause number) _____

WITNESS MY HAND THIS THE 1st__ DAY OF July_____, 2015___

COURT REPORTER(S):_____ Date:_____
_____ Date:_____
KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
    Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY:_____

NERI, VANESSA POLENDO          ,DEPUTY

(jsdca)

## NOTICE OF APPEAL CHECKLIST

**COURT CLERK - PLEASE FILL IN THE BLANKS BELOW:**

DEFENDANT <u>RENE GUERRERO</u>

CAUSE NO. <u>2015CR3173</u>
RECEIVED FROM (COURT CLERK) – VANESSA NERI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. SENTENCE - CHOOSE ONE:

   <u>4TH COURT OF APPEALS, SAN ANTONIO, TEXAS</u>

   ___ DEATH PENALTY: COURT OF CRIMINAL APPEALS, AUSTIN, TX.

2. SENTENCE DATE: 5/22/2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| NON JURY CASES ON APPEAL | JURY CASES ON APPEAL |
|---|---|
| JACKET | JACKET |
| NOTICE OF APPEAL | NOTICE OF APPEAL |
| 4TH CRT CERTIFICATE | 4TH CRT CERTIFICATE |
| DOCKET SHEET | DOCKET SHEET |
| BILL OF INDICTMENT | BILL OF INDICTMENT |
| INFORMATION | ELECT-PUNISHMENT |
| JURY WAIVER | CHARGE OF COURT |
| STIPULATIONS | JUDGMENT |
| JUDGMENT | PROBATION CONDN'S |
| PROBATION CONDN'S | CERTIFICATION OF APPEAL |
| CERTIFICATION OF APPEAL ✓ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPELLANT CLERK - PLEASE FILL IN THE BLANKS BELOW:**

_____ MNT FILED <u>(TIMELY - 120 DAYS)</u>    (UNTIMELY - ASAP)

_____ NO MNT FILED - 60 DAYS

_____ NOA (TIMELY 30-60 DYS) (MNT - 90-120 DYS) (UNTIMELY-ASAP)

_____ ACCELERATED APPEAL - 15 DAYS

_____ DUE DATE_____



No. 2015-CR-3173

| | | |
|---|---|---|
| The State of Texas | § | In the 14 District Court |
| vs. | § | of |
| Rene Guerrero | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐     is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐     is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐     is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☑     is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐     is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐     is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐     is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐     is one in which the defendant has waived the right of appeal.

_____       5/22/16
**JUDGE**                                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address:_____

Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: 03651300

Mailing address: 1718 San Pedro

San Antonio TX 78212

Telephone: 210-738 1944

Fax: 210 738 1798

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).